## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNA FUGARINO,** | **DOCKET NO. 2:21-cv-594** |
| **Plaintiff** | |
| v. | **JUDGE** |
| **MILLING, BENSON, WOODWARD, LLP,** | **MAGISTRATE** |
| **Defendant.** | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant, Milling Benson Woodward L.L.P., ("MBW" or "Defendant") hereby removes the instant action from the Civil District Court for the Parish of Orleans to the United States District Court for the Eastern District of Louisiana.

Pursuant to 28 U.S.C. § 1446, Defendant hereby invokes the jurisdiction of this Court under 28 U.S.C. § 1331 and states the following grounds for removal:

1. On March 15, 2021, Plaintiff Jenna Fugarino ("Plaintiff") filed a Petition ("Petition") against MBW in the Civil District Court for the Parish of Orleans, captioned *Jenna Fugarino v. Milling, Benson, Woodward, LLP* and bearing Case No. 2021-02327.

2. MBW was served with Plaintiff's Petition on March 22, 2021.

3. MBW has neither served nor filed any answer or responsive pleading to the Petition nor made any appearance or argument before the Civil District Court for the Parish of Orleans in this matter.

4. As this Notice is filed with this Court within thirty (30) days after MBW was served with a copy of the Petition upon which this action is based, and before any proceedings were had thereupon in the state court, this removal is timely pursuant to 28 U.S.C. § 1446(b).

1

5.In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents, and orders that have been served upon Defendant are attached hereto as Exhibit A.

6.Original subject matter jurisdiction is vested with this Honorable Court pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise under the Constitution, laws, or treaties of the United States.  Specifically, in addition to her claims under Louisiana's anti-discrimination laws, La. R. S. 23:301, *et seq.*, Plaintiff has alleged claims in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* and has attached to her Petition a copy of the Equal Employment Opportunity Commission's Notice of Right to Sue.  *See* ¶ 22 of the Petition; Notice of Right to Sue, Attachment to Petition.

7.This Court has supplemental jurisdiction over additional causes of action asserted by Plaintiff under 28 U.S.C. § 1367.

8.Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

9.MBW submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

10.Contemporaneously with this filing, Defendant also files a Notification of Removal with the Civil District Court for the Parish of Orleans, as required by 28 U.S.C. §1446(d).  A true and accurate copy of the Notification of Removal is attached hereto as Exhibit B.

11.There are no other defendants named in this action.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND (T.A.)
La. Bar Roll No. 25380
E-mail:  Susan.Desmond@jacksonlewis.com
AMANDA WINGFIELD GOLDMAN
La. Bar Roll No. 30800
E-mail:  Amanda.Goldman@jacksonlewis.com
New Orleans, Louisiana  70130
Telephone:     (504) 208-1755
Facsimile:      (504) 208-1759

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th  day of March, 2021, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system that served notice on all users registered for electronic notice.  I further certify that I forwarded a copy of the foregoing to:

Jill L. Craft
W. Brett Conrad, Jr.
Kaitlin A. Wall
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, Louisiana 70802

via U. S. Mail, postage prepaid.

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND

4838-2310-1665, v. 1