# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNA FUGARINO,** | **DOCKET NO. 2:21-cv-00594-SM-JVM** |
| Plaintiff | |
| v. | **JUDGE SUSIE MORGAN** |
| **MILLING, BENSON, WOODWARD, LLP,** | **MAGISTRATE JANIS VAN MEERVELD** |
| Defendant. | |

## ORDER

CONSIDERING THE MOTION of defendant, Milling Benson Woodward L.L.P., for an extension of time to answer or otherwise plead in response to plaintiff's Petition;

IT IS ORDERD that defendant's Motion is GRANTED and defendant's time to answer or otherwise plead in response to plaintiff's Petition is hereby extended until and including May 3, 2021.

New Orleans, Louisiana, this 31st day of March, 2021

_Janis Van Meerveld_
JUDGE