## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNA FUGARINO,** ) | |
| ) | |
|     **Plaintiff,** ) | **CIVIL ACTION NO. 2:21-cv-00594** |
| ) | |
| **VS.** ) | **JUDGE SUSIE MORGAN** |
| ) | |
| **MILLING, BENSON,** ) | **MAGISTRATE JANIS VAN MEERVELD** |
| **WOODWARD LLP,** ) | |
| ) | |
|     **Defendant.** ) | |
| _____) | |

## DEFENDANT'S MOTION FOR LEAVE TO REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Milling, Benson, Woodward L.L.P., who respectfully requests leave of Court to file its Rebuttal to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint. Defendant's proposed Rebuttal memorandum is attached to this motion.

Defendant submits that a Rebuttal memorandum is necessary to clarify numerous statements within plaintiff's Opposition, and defendant believes that certain arguments by plaintiff misconstrue the facts and law and merit further explanation.

WHEREFORE, defendant prays this Honorable Court grant this motion for leave to file its reply and permit entry of the attached Rebuttal memorandum as a pleading in this case.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND (T.A.)
La. Bar Roll No. 25380
E-mail:  Susan.Desmond@jacksonlewis.com
AMANDA WINGFIELD GOLDMAN
La. Bar Roll No. 30800
E-mail:  Amanda.Goldman@jacksonlewis.com
New Orleans, Louisiana  70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**COUNSEL FOR DEFENDANT
MILLING BENSON WOODWARD, L.L.P.**