# JILL L. CRAFT
## ATTORNEY AT LAW, LLC

JILL CRAFT
W. BRETT CONRAD, JR.
KAITLIN A. WALL

329 ST. FERDINAND STREET
BATON ROUGE, LA 70802
PHONE: (225) 663-2612
FACSIMILE: (225)663-2613

September 9, 2021

Honorable Judge Susie Morgan
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C322
New Orleans, Louisiana 70130

Via efile-morgan@laed.uscourts.gov

    Re:    Jenna Fugarino v Milling, Benson, Woodward, LLP
             Docket No.:  2:21-CV-00594

Dear Judge Morgan:

    Pursuant to the Court's Scheduling Order issued September 9, 2021, please accept this response on behalf of our client, Ms. Jenna Fugarino.

    All Causes of Action Asserted and Specific Federal and State law basis for each:

    Ms. Fugarino asserts the following claims:  1) sex/pregnancy-based discrimination under Title VII and La. R.S. 23:301, *et seq.*; 2) sex/pregnancy-based harassment under Title VII and La. R.S. 23:301, *et seq.;* 3) sex/pregnancy-based retaliation under Title VII; 4) reprisal under La. R.S. 23:967.

    These claims are brought against Ms. Fugarino's former employer, Milling, Benson, Woodward, LLP.  There are no §1983 individual versus official capacity claims.

    Thank you for your consideration.

Very truly yours,

Jill L. Craft

JLC/ghn
cc:    Susan Fahey Desmond (Via Email Only To: susan.desmond@jacksonlewis.com)
        Client