MINUTE ENTRY
VAN MEERVELD
January 26, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNA FUGARINO, | * | CIVIL ACTION |
| *Plaintiff* | * | NO. 21-594 |
| | * | |
| VERSUS | * | SECTION: "E" (1) |
| | * | |
| MILLING BENSON WOODWARD LLP, | * | JUDGE SUSIE MORGAN |
| *Defendant* | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

**STATUS CONFERENCE**

A video status conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:   Jill Craft, Brett Conrad, Susan Desmond

The parties discussed a dispute concerning deposition scheduling. The plaintiff's deposition will be held on March 7, 2022. The depositions of the defendant's employees will be held on March 9, 2022, all day; March 10, 2022, all day; and March 11, 2022, beginning at noon.

*Janis van Meerveld*
Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:13)