UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNA FUGARINO,** <br><br> Plaintiff <br><br> v. <br><br> **MILLING, BENSON, WOODWARD, LLP,** <br><br> Defendant. | **DOCKET NO. 2:21-cv-00594-SM-JVM** <br><br> **JUDGE SUSIE MORGAN** <br><br> **MAGISTRATE JANIS VAN MEERVELD** |

## DEFENDANT'S WITNESS AND EXHIBIT LISTS

NOW COMES Milling Benson Woodward L.L.P. ("MBW" or "Defendant"), and pursuant to the Federal Rules of Civil Procedure and the Court's August 27, 2021 Scheduling Order hereby submits the following list of witnesses it may call at the trial and the exhibits it may offer into evidence in this matter:

## WITNESSES

**Will call:**

1) Jenna Fugarino
   c/o Jill L. Craft, Attorney at Law, LLC
   329 St. Ferdinand Street
   Baton Rouge, Louisiana 70802
   Re: Her claims, her damages, Defendant's defenses.

**May call:**

2) Justin Glenn
   c/o Jill L. Craft, Attorney at Law, LLC
   329 St. Ferdinand Street
   Baton Rouge, Louisiana 70802
   Re: Plaintiff's claims, her damages, Defendant's defenses.

3) Normand Pizza
   c/o Susan Desmond
   Jackson Lewis P.C.
   650 Poydras Street, Suite 1900
   New Orleans, Louisiana 70130

Re: Facts regarding plaintiff's employment with defendant

4) Shannon Eldridge
   c/o Susan Desmond
   Jackson Lewis P.C.
   650 Poydras Street, Suite 1900
   New Orleans, Louisiana 70130
   Re: Facts regarding plaintiff's employment with defendant

5) Chadwick Collings
   c/o Susan Desmond
   Jackson Lewis P.C.
   650 Poydras Street, Suite 1900
   New Orleans, Louisiana 70130
   Re: Facts regarding plaintiff's employment with defendant

6) Andrew Capitelli
   c/o Susan Desmond
   Jackson Lewis P.C.
   650 Poydras Street, Suite 1900
   New Orleans, Louisiana 70130
   Re: Facts regarding plaintiff's employment with defendant

7) Andrew Wilson
   c/o Susan Desmond
   Jackson Lewis P.C.
   650 Poydras Street, Suite 1900
   New Orleans, Louisiana 70130
   Re: Facts regarding plaintiff's employment with defendant

8) C. Randall Loewen
   c/o Susan Desmond
   Jackson Lewis P.C.
   650 Poydras Street, Suite 1900
   New Orleans, Louisiana 70130
   Re: Facts regarding plaintiff's employment with defendant

9) Darnell Shuart
   Shuart and Associates
   650 Poydras Street, Suite 2304
   New Orleans, LA 70130
   Re: Facts surrounding hire and job description, damages

10) Kathleen Flynn
    71227 Packet Place
    Abita Springs, LA 70420

    Re: Facts regarding plaintiff's employment with defendant

11) Lisa Dutruch
    686 Woodburne Loop
    Covington, Louisiana 70433
    Re: Facts regarding plaintiff's employment with defendant

12) Tina Martin
    70050 11th Street
    Abita Springs, Louisiana 70420

13) Dr. Katherine Williams
    Center for Women's Health
    104 Innwood Drive
    Covington, Louisiana 70433
    Re: Facts and damages, Plaintiff's medical treatment

14) Dr. Kelly Brewester
    Center for Women's Health
    104 Innwood Drive
    Covington, Louisiana 70433
    Re: Facts and damages, Plaintiff's medical treatment

15) Mona Pellichnio, LPC, LMFT
    903 CM Fagan Drive, Suite C
    Hammond, Louisiana 70403
    Re: Facts and damages, Plaintiff's medical treatment

16) Any witness listed by Plaintiff.

17) Any witness needed for rebuttal or impeachment.

18) Any additional witnesses identified through discovery in this matter which has not yet been concluded.

## **EXHIBITS**

**Defendant may introduce:**

1) Shuart & Associates Job Order (MBW-000001);

2) Shuart & Associates Invoice (MBW-000002);

3) Billing Analysis (MBW-000003-000016);

4) 12/12/2018 emails with Darnell Shuart re job offer (MBW-0000017-000024);

5) 12/13/2018 emails re maternity leave benefits (MBW-000025-000026);

6) 12/14/2018 emails re pregnancy coverage (MBW-0000027-000028);

7) 02/12/2019 email from plaintiff re upcoming dates (MBW-000029);

8) 05/08/2019 email from Normand Pizza re Jenna proposal (MBW-000030-000031);

9) 07/30/2019 email from Normand Pizza re Maternity Leave for Jenna Fugarino (MBW-000032);

10) 09/10/2019 email from plaintiff re last day before maternity leave (MBW-000033);

11) 09/30/2019 email chains regarding Maternity Leave, Return plans (MBW-000034-000039);

12) 11/06/2019 email Normand Pizza to plaintiff re maternity leave and return to work (MBW-000040-000041);

13) 11/07/2019 emails re maternity leave and return to full time work (MBW-000042-000043);

14) 12/03/2019 emails re Maternity Leave for Jenna Fugarino (MBW-000044-000045);

15) 02/07/2020 emails re Proposal of One-Day Flexible Schedule (MBW-000046-000047);

16) 02/20/2020 emails re severance and release (MBW-000048-000049);

17) 02/21/2020 emails re Fugarino cessation of employment (MBW-000050);

18) Medical records of the Women's Health Center;

19) Therapy records of Mona Pellichino;

20) Plaintiff's pharmacy records;

21) Defendant's policies (MBW-000051-000058);

22) Plaintiff's personnel records (MBW-000059-0001119);

23) Billing records (MBW-000147-000155);

24) Plaintiff's Responses to Defendant's discovery requests;

25) All documents produced in discovery;

26) Any and all deposition exhibits;

27) Any document identified in Plaintiff's Exhibit List;

28) Any document necessary for rebuttal or impeachment purposes;

29) Other non-privileged, responsive documents which may become relevant during discovery in this matter which has not yet concluded.

                                    Respectfully submitted,

                                    *s/ Susan Fahey Desmond*
Susan Fahey Desmond (#25380)
susan.desmond@jacksonlewis.com
Amanda Wingfield Goldman (#30800)
Amanda.go@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana  70130
Telephone:     (504) 208-1755
Facsimile:     (504) 208-1759

**Counsel for Defendant Milling Benson Woodward L.L.C.**

4870-9009-1542, v. 3