UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNA FUGARINO,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO.  21-594** |
| **MILLING, BENSON,**<br>**WOODWARD LLP,**<br>    Defendant | **SECTION: "E" (1)** |

## ORDER

On April 5, 2022, Defendant Milling, Benson, Woodward LLP filed an unopposed motion[1] seeking an extension of the deadline for filing dispositive motions as currently set forth in the Scheduling Order.[2]

**IT IS ORDERED** that the unopposed motion[3] for extension of time to file dispositive motions is **GRANTED.**

**IT IS FURTHER ORDERED** that the current Scheduling Order[4] is **HEREBY VACATED.** The Court's case manager will contact the parties to select a new trial date and pretrial deadlines.[5]

**New Orleans, Louisiana, this 6th day of April, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 43.
[2] R. Doc. 32.
[3] R. Doc. 43.
[4] R. Doc. 32.
[5] A Settlement Conference is currently set for Thursday, April 28, 2022, at 9:00 a.m. before Magistrate Judge Janis van Meerveld. R. Doc. 37. The parties are advised to attend the April 28, 2022 settlement conference, and nothing in this order shall be construed as relieving the parties of their duty to participate in the settlement conference.