# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNA FUGARINO** | **CIVIL ACTION NO. 2:21-cv-00594** |
| **VERSUS** | **JUDGE: MORGAN** |
| **MILLING, BENSON, WOODWARD LLP** | **MAGISTRATE-JUDGE: VAN MEERVELD** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S WITNESS LIST

Plaintiff, Jenna Fugarino, submits the following Witness List in connection with the above captioned matter, as follows:

Plaintiff Will Call:

1. Jenna Fugarino
   Plaintiff
   47165 Ruby Oak Court
   Hammond, Louisiana 70401
   Re: the unlawful harassment and discrimination against her and on account of her pregnancy and gender, including gender/pregnancy-based, derogatory comments, unwanted/non consensual touching by Mr. Pizza, her communications with and reports to the defendant regarding her pregnancy and unlawful harassment and discrimination, unlawful retaliation and reprisal when she opposed the unlawful harassment/discrimination, her leave, requests for leave, her work load, her termination, her work product, her damages, including physical injuries, emotional injuries, lost wages and benefits, medical and psychological expenses.

2. Justin Glenn
   Plaintiff's Husband
   47165 Ruby Oak Court
   Hammond, Louisiana 70401
   Re: his wife's physical and psychological damages, and his knowledge of his wife's claims, including viewing emails to/from the defendant and his wife.

Plaintiff May Call:

3. Normand Pizza
   Milling Benson Woodward, L.L.P.
   68031 Capital Trace Row
   Mandeville, Louisiana 70471

1

Re: termination of the plaintiff, sexual harassment and discrimination of the plaintiff, including his pregnancy-based/gender-based, derogatory comments to the plaintiff, touching the plaintiff without her consent, plaintiff's job performance, retaliation/reprisal, including terminating plaintiff when she reported/protested/complained about unlawful harassment/discrimination, discussions regarding plaintiff's pregnancy and maternity leave, and return to work, and damages, including seeing plaintiff uncomfortable and upset.

4. Shannon Howard-Eldridge
   Milling Benson Woodward, L.L.P.
   68031 Capital Trace Row
   Mandeville, Louisiana 70471
   Re: termination of plaintiff, sexual harassment and discrimination of the plaintiff, including pregnancy-based/gender-based, derogatory comments she heard being made to the plaintiff, plaintiff's job performance, gender-based/pregnancy-based discrimination/harassment, discussions regarding plaintiff's pregnancy and maternity leave, and return to work, plaintiff reporting sexually harassing/pregnancy harassing comments and behavior by Pizza, retaliation/reprisal after plaintiff complained/reported/protested unlawful discrimination/harassment, and damages, including seeing plaintiff uncomfortable and upset.

5. Chadwick Collings
   Milling Benson Woodward, L.L.P.
   68031 Capital Trace Row
   Mandeville, Louisiana 70471
   Re: termination of plaintiff, sexual harassment and discrimination of the plaintiff, including pregnancy-based/gender-based, derogatory comments she heard being made to the plaintiff, plaintiff's job performance, gender-based/pregnancy-based discrimination/harassment, discussions regarding plaintiff's pregnancy and maternity leave, and return to work, plaintiff reporting sexually harassing/pregnancy harassing comments and behavior by Pizza, retaliation/reprisal after plaintiff complained/reported/protested unlawful discrimination/harassment, and damages, including seeing plaintiff uncomfortable and upset.

6. Andrew Wilson
   Milling Benson Woodward, L.L.P.
   68031 Capital Trace Row
   Mandeville, Louisiana 70471
   Re: termination of plaintiff, her job performance, her reporting, complaining, opposing gender-based and pregnancy-based harassment/discrimination, discussions regarding plaintiff's pregnancy and maternity leave, and return to work, his knowledge of Pizza making similar comments in the past and himself commenting, he has done it for years and gotten away with it, and damages, including seeing plaintiff uncomfortable and upset.

7. C. Randall Loewen
   Milling Benson Woodward, L.L.P.
   68031 Capital Trace Row
   Mandeville, Louisiana 70471
   Re: the conversations he had with the plaintiff regarding Pizza's behavior, termination of plaintiff, sexual harassment and discrimination of the plaintiff, including pregnancy-based/gender-based, plaintiff's job performance, gender-based/pregnancy-based discrimination/harassment, discussions regarding plaintiff's pregnancy and maternity leave, and return to work, plaintiff reporting sexually harassing/pregnancy harassing comments and behavior by Pizza, retaliation/reprisal after plaintiff complained/reported/protested unlawful discrimination/harassment, and damages, including seeing plaintiff uncomfortable and upset.

8. Andrew Capitelli
   Milling Benson Woodward, L.L.P.
   68031 Capital Trace Row
   Mandeville, Louisiana 70471
   Re: the conversations he had with the plaintiff, including the conversation she recorded, termination of plaintiff, sexual harassment and discrimination of the plaintiff, including pregnancy-based/gender-based, plaintiff's job performance, gender-based/pregnancy-based discrimination/harassment, discussions regarding plaintiff's pregnancy and maternity leave, and return to work, plaintiff reporting sexually harassing/pregnancy harassing comments and behavior by Pizza, retaliation/reprisal after plaintiff complained/reported/protested unlawful discrimination/harassment, and damages, including seeing plaintiff uncomfortable and upset.

9. Richard Santora
   Milling Benson Woodward, L.L.P.
   68031 Capital Trace Row
   Mandeville, Louisiana 70471
   Re: termination of plaintiff, sexual harassment and discrimination of the plaintiff, including pregnancy-based/gender-based, plaintiff's job performance, gender-based/pregnancy-based discrimination/harassment, discussions regarding plaintiff's pregnancy and maternity leave, and return to work, plaintiff reporting sexually harassing/pregnancy harassing comments and behavior by Pizza, retaliation/reprisal after plaintiff complained/reported/protested unlawful discrimination/harassment.

10. Stephanie Laborde
    Lafleur Laborde, L.L.C.
    6160 Perkins Rd Ste 225
    Baton Rouge, Louisiana 70808
    Re: she was the managing partner and at the Baton Rouge office, it is believed she can testify regarding termination of plaintiff, sexual harassment and discrimination

of the plaintiff, including pregnancy-based/gender-based, plaintiff's job performance, gender-based/pregnancy-based discrimination/harassment, discussions regarding plaintiff's pregnancy and maternity leave, and return to work, plaintiff reporting sexually harassing/pregnancy harassing comments and behavior by Pizza, retaliation/reprisal after plaintiff complained/reported/protested unlawful discrimination/harassment.

11. Tina Martin, Former Office Manager
    Residence address to be provided, and plaintiff is informed and believes she is employed at the law firm of Staines, Eppling, and Kenney, 3500 N. Causeway, Metairie, Louisiana
    Re: plaintiff's billable hours and job performance, sexual/pregnancy comments made by employees to plaintiff, the gender/pregnancy hostile working environment, the lack of effective policy, including other instances of unremedied discrimination/harassment, her conversations/discussions with the plaintiff, including the two (2) conversations recorded by plaintiff, plaintiff's termination, discussions regarding plaintiff's maternity leave and return to work, her knowledge of Mr. Pizza's past instances of harassing female employees, and damages, including seeing plaintiff uncomfortable and upset.

12. Robert Cabes
    Attorney at Law
    321 Wood Bluff Dr
    Lafayette, Louisiana 70503
    Re: he was an associate at the firm, knowledge regarding plaintiff's termination, including billable hours, plaintiff's work performance, discussions at the firm regarding plaintiff's pregnancy, her maternity leave, and return to work.

13. James Timothy Betbeze
    Attorney at Law
    6051 Patton Street
    New Orleans, Louisiana 70118
    Re: plaintiff's termination, discussions at the firm regarding plaintiff's pregnancy, her maternity leave, and return to work.

14. Cody J. Acosta
    Cotton Schmidt, L.L.P.
    650 Poydras Street, Suite 1950
    New Orleans, Louisiana 70130
    Re: an associate at the firm, knowledge regarding plaintiff's termination, including billable hours, plaintiff's work performance, discussions at the firm regarding plaintiff's pregnancy, her maternity leave, and return to work, and the hostile environment at the firm to which plaintiff was subjected.

15. Maura Bowlin
    Terrebonne Parish Consolidated Government

7856 Main Street
Houma, Louisiana 70360
Re: termination of plaintiff, sexual harassment and discrimination of the plaintiff, including pregnancy-based/gender-based, any billable hour requirement, derogatory comments she heard, plaintiff's job performance, gender-based/pregnancy-based discrimination/harassment, discussions regarding plaintiff's pregnancy and maternity leave, and return to work, retaliation/reprisal after plaintiff complained/reported/protested unlawful discrimination/harassment, and damages, including seeing plaintiff uncomfortable and upset.

16. Thomas Schneidau
    City Attorney
    City of Slidell
    2045 2nd Street, Suite 304
    Slidell, Louisiana 70458
    Re: former associate of the firm, son-in-law of Mr. Pizza, extra benefits and consideration given to him, plaintiff's job performance, billable hours, termination of plaintiff, his knowledge of plaintiff's complaints, her reporting of same, her opposition to same, her termination, her leave, her return to work, retaliation and reprisal.

17. Cynthia Bologna
    Loeb Law Firm, L.L.P.
    1180 W Causeway Approach
    Mandeville, Louisiana 70471
    Re: termination of plaintiff, billable hours, plaintiff's job performance, hostile environment for plaintiff, gender discrimination, sexual comments made by employees to the plaintiff.

18. Nicholas Grest
    Maron Marvel Bradley Anderson & Tardy, LLC
    201 Saint Charles Avenue, Suite 2411
    New Orleans, Louisiana 70170
    Re: termination of plaintiff, billable hours, plaintiff's job performance, hostile work environment.

19. Matthew Biggers
    Melchiode Marks King, L.L.C.
    639 Loyola Avenue, Suite 2550
    New Orleans, Louisiana 70113
    Re: billable hours, plaintiff's job performance, hostile work environment.

20. Tina Chaisson, Paralegal
    Galloway, Johnson, Tompkins, Burr & Smith
    #3 Sanctuary Boulevard
    Third Floor
    Mandeville, Louisiana 70471
    Re: sexual comments made by employees to plaintiff, hostile work environment, gender/pregnancy discrimination, termination of plaintiff, damages, including seeing plaintiff uncomfortable and upset.

21. Kathleen Flynn, Receptionist
    Address to be provided and currently unknown
    Re: she made offensive pregnancy/sex-based comments to plaintiff, hostile work environment, termination of plaintiff, damages, including seeing plaintiff uncomfortable and upset.

22. Cynde Arcement, Legal Secretary
    c/o Louisiana Legal Secretaries, Inc., carcement@pugh-law.com
    Re: hostile work environment for plaintiff.

23. Jonathan Bradford, Paralegal
    Milling Benson Woodward, LLP
    68031 Capital Trace Row
    Mandeville, Louisiana 70471
    Re: sexual comments made by employees to plaintiff, hostile work environment, gender-based discrimination, termination of plaintiff.

24. Patti Rogers, Paralegal
    Her current address is unknown
    Re: hostile work environment for plaintiff.

25. Lisa Dutruch, Medical Paralegal
    United Health Group, Covington, Louisiana
    Re: hostile work environment for plaintiff.

26. Carlos Saravia
    Phelps Dunbar, L.L.P.
    365 Canal Street, Suite 1800
    New Orleans, Louisiana 70130
    Re: former associate of the firm, billable hours, plaintiff's work performance, hostile work environment for plaintiff.

27. Dr. Katherine Williams
    Center for Women's Health
    104 Innwood Drive
    Covington, Louisiana 70433

Re: plaintiff's OB/GYN who rendered medical treatment to plaintiff, emotional and physical distress caused by the defendant.

28. Kelly Brewester, WHNP
    Center for Women's Health
    104 Innwood Drive
    Covington, Louisiana 70433
    Re: She is Dr. Williams' NP, and rendered medical treatment to plaintiff, emotional and physical distress caused by the defendant.

29. Mona Pellichino, LPC, LMFT
    903 CM Fagan Drive, Suite C
    Hammond, Louisiana 70403
    Re: she is the plaintiff's treating counselor who can attest to the emotional and physical distress caused by the defendant.

30. Any witness listed by any other party hereto; and

31. Any witness necessary for impeachment and/or rebuttal.

Respectfully submitted,

By: ___/s Jill L. Craft_____
Jill L. Craft, T.A., Bar Roll #20922
W. Brett Conrad, Jr., Bar Roll #37639
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 663-2612
Fax: (225) 663-2613
Email: jcraft@craftlaw.net
          bconrad@craftlaw.net
*Attorneys for Plaintiff, Jenna Fugarino*

7

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of April, 2022, a copy of the above and foregoing Witness List was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 11th day of April, 2022.

                                ___/s Jill L. Craft____
                                   Jill L. Craft