UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNA FUGARINO,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-594** |
| **MILLING, BENSON, WOODWARD, LLP,**<br>    Defendant | **SECTION: "E" (1)** |

## ORDER

**IT IS ORDERED** that a telephone conference is set for **Thursday, May 19, 2022**, at **10:00 a.m.** The Court will provide all counsel with the call-in instructions necessary to participate in this conference.

New Orleans, Louisiana, this 18th day of May, 2022.

_____*Susie Morgan*_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**