UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNA FUGARINO** | Civil Action No. :  3:21-cv-00594 |
|        Plaintiff | |
| **VERSUS** | Judge Susie Morgan |
| | |
| **MILLING, BENSON, WOODWARD L.L.P.** | Magistrate Judge Janis van Meerveld |
|        Defendant | |

## MOTION TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT** comes Defendant, Milling, Benson, Woodward L.L.P., which respectfully moves this Honorable Court for an Order allowing Renee Culotta of the law firm Frilot L.L.C., who is duly admitted to practice in this Court, to enroll as counsel of record for Defendant in this action.

**WHEREFORE**, Defendant, Milling, Benson, Woodward, L.L.P., prays that an Order be issued allowing Renee Culotta to be enrolled as counsel of record in the above entitled and numbered matter.

                                                  Respectfully submitted,

                                                  *Renee Culotta*
                                                  Renee Culotta, T.A. (La. Bar Roll No. 24436)
                                                  FRILOT L.L.C.
                                                  3700 Poydras Street, Suite 3700
                                                  New Orleans, LA  70163
                                                   Telephone:  (504) 599-8085
                                                   Facsimile:  (504) 599-8267
                                                   Email: rculotta@frilot.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing pleading was served upon all counsel electronically via the CM/ECF filing system this 26th day of May, 2022.

/s/ Renee Culotta

308943-1