MINUTE ENTRY
MORGAN, J.
June 6, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNA FUGARINO,  Plaintiff | CIVIL ACTION |
| VERSUS | NO. 21-594 |
| MILLING, BENSON, WOODWARD, LLP,  Defendant | SECTION: "E" (1) |

### MINUTE ENTRY AND AMENDED SCHEDULING ORDER

A telephone status conference was held on June 6, 2022, at 4:00 p.m., in the chambers of Judge Susie Morgan.

Present:   Jill Craft, counsel for Plaintiff, Jenna Fugarino; Renee Culotta, on behalf of Defendant, Milling Benson Woodward L.L.P.

The parties discussed the status of the case and upcoming pretrial dates.

On May 31, 2022, Defendant filed a motion to modify the April 27, 2022 amended scheduling order.[1] Plaintiff filed an opposition to Defendant's motion on June 3, 2022,[2] to which Defendant timely replied on May 6, 2022.[3]

This Court granted in part Defendant's motion to modify the April 27, 2022 scheduling order. The trial date is continued to **November 14, 2022, at 9 a.m**. The pretrial conference will be held on **October 25, at 12:00 p.m**. Other pretrial deadlines are set forth below.

---

[1] R. Doc. 58.
[2] R. Doc. 61.
[3] R. Doc. 62.

1

Defense counsel is granted leave to file a motion requesting a Rule 35 independent mental examination of Plaintiff on or before **June 20, 2022**. Plaintiff's counsel may file an opposition to the motion on or before **June 27, 2022**.

If Defendant is allowed to conduct a Rule 35 independent mental examination, Defendant will be allowed to add the medical professional performing the examination as an expert witness, and Plaintiff will be allowed to depose that medical professional.

Plaintiff's counsel agreed to:

- Provide defense counsel all written discovery exchanged thus far, with attachments, by **Friday, June 10, 2022, at 5:00 p.m.**;

- Provide defense counsel with a list of depositions taken in the case;

- Provide defense counsel copies of deposition transcripts not in defense counsel's possession;

- Provide medical authorizations to defense counsel so she may update medical records produced during discovery, if needed;

- Provide information she prepared for the settlement conference held on April 28, 2022; and

- Provide the recordings Plaintiff took of conversations with co-workers at Milling, Benson, Woodward LLP.

Defendant filed its original witness list on March 22, 2022[4] and an amended witness list on May 4, 2022.[5] Defendant will not be allowed to call as a witness any witness identified on the amended witness list[6] not previously listed on the original witness list.[7]

---

[4] R. Doc. 40.
[5] R. Doc. 51.
[6] *Id.*
[7] R. Doc. 40.

The parties shall comply with the following amended pretrial deadlines.

| | |
|---|---|
| Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony<br><br>**See pretrial notice at pp. 6-7 regarding the format of depositions** | Filed and served no later than **September 13, 2022**<br><br>(in sufficient time to permit a submission date on or before **September 28, 2022**) |
| Responses/oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony | Filed and served no later than **September 20, 2022** |
| Pretrial order | Filed by **October 20, 2022** at **5:00 p.m.** |
| Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline<br><br>**See Section IX, subpart 10.b of the pretrial notice at p. 5** | Filed by **October 20, 2022** at **5:00 p.m.** |
| Pretrial conference<br><br>**Attended by lead attorney (See Local Rule 11.2)** | **October 25, 2022 at 12:00 p.m.** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **October 27, 2022** at **5:00 p.m.** |
| Final list of witnesses to be called at trial | Filed no later than **November 1, 2022** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **November 3, 2022** at **5:00 p.m.** |
| Joint statement of the case<br><br>**See pretrial notice at p. 8** | Filed by **November 7, 2022** at **5:00 p.m**. |

| | |
|---|---|
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br><br>**See pretrial notice at pp. 8-9** | Filed, emailed, and delivered to the Court by **November 7, 2022** at **5:00 p.m.** |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>**See pretrial notice at p. 9** | Filed and emailed to the Court by **November 7, 2022** at **5:00 p.m.** |
| Proposed special voir dire questions<br><br>**See pretrial notice at p. 9** | Filed by **November 7, 2022** at **5:00 p.m.** |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>**See pretrial notice at pp. 5-6** | Delivered to the Court by **November 7, 2022** at **5:00 p.m.** |
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>**See pretrial notice at pp. 4-5** | Filed by **November 7, 2022** at **5:00 p.m.** |
| Objections to deposition testimony and supporting memoranda<br><br>**See pretrial notice at pp. 6-7 with particular attention to instructions regarding the format of depositions** | Filed and delivered to the Court by **November 7, 2022** at **5:00 p.m.** |
| Responses to objections to exhibits<br><br>**See pretrial notice at p. 5** | Filed by **November 9, 2022** at **5:00 p.m.** |

| | |
|---|---|
| Responses to objections to deposition testimony<br><br>*See* **pretrial notice at p. 7** | Filed by **November 9, 2022** at **5:00 p.m.** |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>*See* **pretrial notice at p. 8** | The factual elements of such questions shall be submitted to the expert witness by **November 9, 2022** at **5:00 p.m.** |
| Copies of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>*See* **pretrial notice at pp. 6-7** | Provided to opposing counsel by **November 9, 2022 at 5:00 p.m.** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Filed by **November 10, 2022** at **5:00 p.m**. |
| Jury trial<br><br>Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses.  If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>*See* **Local Rule 16.4** | **November 14, 2022 at 9:00 a.m.** (estimated to last **4** days) |

**New Orleans, Louisiana, this 8th day of June, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:47)